***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Argued and submitted August 16, affirmed October 4, 2023, petition for review
denied February 15, 2024 (372 Or 63)

JASON ALLEN BOATMAN,
*Petitioner-Appellant,*

*v.*

Erin REYES,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
20CV13951; A176768

Claudia M. Burton, Senior Judge.

Margaret Huntington argued the cause for appellant. Also on the briefs was O'Connor Weber LLC. Jason Boatman filed the supplemental brief *pro se.*

Jordan R. Silk, Assistant Attorney General, argued the cause for respondent. Also on the briefs were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Peeler v. Reyes*, 328 Or App 110, 537 P3d 206 (2023).